CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
EASTWIND MARITIME S.A.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

EASTWIND MARITIME S.A.,

                              Plaintiff,

                    v.

TONNEVOLD REEFER 7 KS,
a/ka TONNEVOLD REEFER 2 KS,
a/ka/ TONNEVOLD REEFER 4 KS,
a/k/a O.T. TONNEVOLD AS,
a/k/a TONNEVOLD OT,

                              Defendant.

------------------------------------------------------------------X

08 CV _____ ( )

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

An application having been made by Plaintiff for an Order Appointing a Special

Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of George E. Murray, sworn to the 2nd

day of April, 2008, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy,

LLP be and is hereby appointed, in addition to the United States Marshal, to serve the

Process of Maritime Attachment and Garnishment and Verified Complaint upon the

garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based

upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on

account of, the Defendant, TONNEVOLD REEFER 7 KS, a/ka TONNEVOLD REEFER

2 KS, a/ka/ TONNEVOLD REEFER 4 KS, a/k/a O.T. TONNEVOLD AS, a/k/a

TONNEVOLD OT.

Dated: New York, New York
     April __, 2008

SO ORDERED:

_____
U. S. D. J.