William J. Honan
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANT
TONNEVOLD REEFER 7 KS,
TONNEVOLD REEFER 4 KS, AND
O.T TONNEVOLD AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTWIND MARITIME, S.A.,<br><br>                            Plaintiff,<br><br>-against-<br><br>TONNEVOLD REEFER 7 KS,<br>a/k/a TONNEVOLD REEFER 2 KS,<br>a/k/a TONNEVOLD REEFER 4 KS,<br>a/k/a O.T. TONNEVOLD AS,<br>a/k/a TONNEVOLD OT,<br><br>                            Defendant. | 08 Civ. 03292 (HB)<br><br>**CORPORATE DISCLOSURE STATEMENT OF TONNEVOLD REEFER 7 KS, TONNEVOLD REEFER 4 KS, AND O.T. TONNEVOLD AS IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, William J. Honan, attorney for Defendant Tonnevold Reefer 7 KS, Tonnevold Reefer 4 KS, and O.T. Tonnevold AS (collectively "Tonnevold"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure regarding Defendant Tonnevold:

Tonnevold does not have any corporate parents, is not publicly traded, and its shares are not owned by publicly traded companies.

Dated: New York, New York
April 18, 2008

By: *[signature]*

HOLLAND & KNIGHT LLP

William J. Honan
Christopher R. Nolan
195 Broadway
New York, NY 10007-3189
Tel: (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Defendant Tonnevold Reefer 7 KS, Tonnevold Reefer 4 KS, and O.T. Tonnevold AS*