William J. Honan
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANT
TONNEVOLD REEFER 7 KS,
TONNEVOLD REEFER 4 KS, AND
O.T TONNEVOLD AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTWIND MARITIME, S.A.

                                  Plaintiff,

         -against-

TONNEVOLD REEFER 7 KS,
a/k/a TONNEVOLD REEFER 2 KS,
a/k/a TONNEVOLD REEFER 4 KS,
a/k/a O.T. TONNEVOLD AS,
a/k/a TONNEVOLD OT,

                             Defendant.

08 Civ. 03292 (HB)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE THAT** upon the declaration of Jan Sigvart Walle dated April 18, 2008, and the accompanying Memorandum of Law in Support, and all pleadings heretofore had in this matter, Defendant Tonnevold Reefer 7 KS, Tonnevold Reefer 4 KS, and O.T. Tonnevold AS (collectively "Tonnevold"), will move this Court, before the Honorable Harold Baer, United States District Judge, at 500 Pearl Street, Courtroom 23B, New York, New York, on a date to be set by this Honorable Court, for an order pursuant to Rule E(7)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, directing

(a) Plaintiff Eastwind Maritime S.A. to give security to Tonnevold for the damages demanded in Tonnevold's counter-claim within 10 days from the issuance of the order; and (b) directing such other and further relief as the Court may deem proper.

Dated: New York, New York
       April 18, 2008

                                        HOLLAND & KNIGHT LLP

                              By: _____
                                        William J. Honan
                                        Christopher R. Nolan
                                        HOLLAND & KNIGHT LLP
                                        195 Broadway
                                        New York, New York 10007
                                        (212) 513-3200

                                        *Attorneys for Defendant*
                                        *Defendant Tonnevold Reefer 7 KS,*
                                        *Tonnevold Reefer 4 KS, and*
                                        *O.T. Tonnevold AS*

TO:    Chalos, O'Conner & Duffy, LLP
       George E. Murphy
       366 Main Street
       Port Washington, NY 11050
       Tel:  516-767-3600
       Fax:  516-767-3605
       *Attorneys for Plaintiff*

# 5581574_v1

2