May 9, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

William J. Honan
212 513 3300
bill.honan@hklaw.com

## VIA TELEFAX

Hon. Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 2230
New York, New York 10007-1312
Facsimile: (212) 805-7901

> Re:    Eastwind Maritime, S.A. v. Tønnevold Reefer 7 KS
>        Index No.: 08 Civ. 3292 (HB)
>        Our Ref.: 500177-03233

Dear Judge Baer:

We represent Defendant, Tønnevold Reefer 7 KS, in the above-referenced matter, and write in response to opposing counsel's extension request and the Court's so-order of the extension for Plaintiff to respond to Defendant's motion for countersecurity by May 30, 2008. Defendant respectfully requests that the extension be shortened by one week.

We congratulate counsel on his recent marriage and, in the spirit of the occasion, we are pleased to consent to his request for an extension of time. Nonetheless, it seems to us that two work weeks from the date of his return to the office – on May 12 – should be sufficient time to consider and respond to our client's motion for counter-security. We, therefore, request that

Hon. Harold Baer, Jr.
May 9, 2008
Page 2

the extension be shortened to May 23rd. If that time should prove insufficient, counsel can
approach the Court at that time.

Respectfully submitted,

HOLLAND & KNIGHT LLP

William J. Honan

cc:     George E. Murray, Chalos, O'Connor & Duffy LLP,
        by fax (516) 767-3605

# 5327548_v1

Harold Baer, Jr., U.S.D.J.

Endorsement:

   Let's not bring him into Court still in his bed clothes - we
will split the difference and make it returnable May 28, 2008.