William J. Honan
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANTS
TONNEVOLD REEFER 7 KS,
TONNEVOLD REEFER 4 KS, AND
O.T TONNEVOLD AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTWIND MARITIME, S.A.,

     Plaintiff,

  -against-

TONNEVOLD REEFER 7 KS,
a/k/a TONNEVOLD REEFER 2 KS,
a/k/a TONNEVOLD REEFER 4 KS,
a/k/a O.T. TONNEVOLD AS,
a/k/a TONNEVOLD OT,

     Defendants.

08 Civ. 3292 (HB)

## AFFIRMATION OF WILLIAM J. HONAN

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NEW YORK )

    WILLIAM J. HONAN an attorney admitted to practice in the State of New York,

affirms under penalty of perjury:

1.      I am a member of the bar of this Court and of the law firm of Holland & Knight LLP, attorneys for the defendant Tønnevold Reefer 7 KS, Tønnevold Reefer 4 KS, and O.T. Tønnevold AS ("Tønnevold"). I make this affirmation for the convenience of the Court and in support of Tønnevold's Reply Memorandum of Law in further support of their motion for an Order, pursuant to Rule E(7) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule"), directing that Plaintiff Eastwind Maritime S.A. (hereinafter "Eastwind"), provide counter-security on Tønnevold's counter-claim. I make this affirmation on the basis of my personal knowledge, or, where indicated, on information provided to me.

2.      Attached hereto as Exhibit A are true and correct copies of the following emails: (a) email dated January 12, 2007 sent from Toby Moors of Eastwind Group to Jan Walle of Tønnevold; (b) email dated July 12, 2007 sent from Paul Capkanis of Eastwind Group to Jan Olaf Tønnevold of Tønnevold, with forwards from Jan Olaf Tønnevold to Jan Walle on July 13, 2007 and from Jan Walle to brokers at Orion Shipping AS ("Orion") on July 17, 2007; (c) email dated August 31, 2007 from Jan Walle of Tønnevold to brokers at Orion; and (d) email dated September 3, 2007 from Jan Walle to brokers at Orion.

3.      Attached hereto as Exhibit B is a true and correct copy of payment documents from 2001 to 2007 concerning Eastwind and ECo Shipping Ltd.'s payments to Tønnevold.

4.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008

_____
WILLIAM J. HONAN

2

# EXHIBIT A

**Jan Walle**

| | |
|---|---|
| **From:** | Moors, Toby [tmoors@eastwindgroup.com] |
| **Sent:** | 12. januar 2007 15:09 |
| **To:** | Jan Walle |
| **Cc:** | OTT Ship; Jan Olaf Tønnevold |

**Subject:** RE: Thorgull,

Thanks, Jan

Will call in an hour or so

Brgds

Toby Moors
Eastwind New York
reefers@eastwindgroup.com

**From:** Jan Walle [mailto:jw@ott.no]
**Sent:** Friday, January 12, 2007 2:48 AM
**To:** Moors, Toby
**Cc:** OTT Ship; Jan Olaf Tønnevold
**Subject:** Thorgull,

Hi Toby,

Happy New Year.
Hope the holiday celebrations went well for the three of you.

Back to business and our Thorgull case.
*With reference to our discussions in Washington DC regarding how to resolve the present trading restrictions we have on Thorgull.*
To start with I'm very grateful for the attitude you and Eastwind have in this matter, and your dedication to resolve this challenge in cooperation with us as owner.
Our immediate concern is that the present time charter for Thorgull soon will expire and it is therefore necessary to consider subsequent employment. We expect that you will stand by your commitment to trade the vessel until she has been de-listed or an alternative solution has been found.
Since Thorgull will be open in Nigeria within the next 2 weeks, I would be happy to receive your ideas for the *next employment. You are welcome to call me or Pål. I will be travelling all of next week, but you can reach me on my cell.*

Aside from the need to determine further employment, we are writing to inform you with the respect to the new status of our discussions with NEAFC. Unfortunately, we have no good news to report. The basic position is that NEAFC are not prepared to take the vessel off the so-called B-list within reasonably time. They admit that our case will result in a possible change of their Articles, but such a change will not be ratified by their members before 2008.
*Due to this situation,* I believe we have to prepare for the only alternative described in the Articles of NEAFC. This can be found in Article 9 (section 3 c) of the non-contracting party scheme which reads:

*".... The vessel has changed ownership and that the new owner can establish the previous owner no longer has any legal, financial, or real interests in the vessel, or exercises control over it and that the new owner has not participated in IUU fishing ..."*

While the above position is regrettable, we are afraid there is no other way around this problem within reasonably time. We have now expended extensive time and resources on this issue and we have also had contact with the Norwegian Department of Fisheries, the Norwegian Directorate of Fisheries, the Bahamas Maritime Administration in addition to the NEAFC. Also, we have brought in the Norwegian Ship-owners' Association to assist. They have also concluded after several meetings with Norwegian members in NEAFC

24.10.2007



that the only apparent solution is to arrange a third party sale of the vessel satisfying the NEAFC requirements referred to above.

As you will have understood previously, we have sought advice from our lawyers (who have already communicated with you). The firm conclusion is that ECo Shipping Ltd. is liable for the losses arising as a consequence of this most unfortunate incident. As you mentioned Toby, you will claim both the Broker for this charter and the charterer themselves for any expenses or losses you may have in this case. I am happy that you have indicated that in addition to chartering the vessel in an interim period you would also make arrangements to purchase the vessel if this was the only option available.

Toby, as mentioned earlier, please calls me to discuss both the next charter for our vessel and the sale challenge. I have discussed some of my ideas for a practical solution with Andship (Andenæs family) and Jan Olaf, and I have an idea that could be of interest for you.

We look forward to hearing from you as soon as practicably possible.


Best Regards

Jan Walle
Senior Vice President
Shipping Division
O.T.Tønnevold AS
Direct line: +47 37 25 88 72
Mobile: +47 90 03 18 95
Fax: +47 37 25 88 99
E-Mail: jw@ott.no

24.10.2007

**Jan Walle**

---

**From:**    Jan Walle
**Sent:**    17. juli 2007 09:21
**To:**    'reefer@orion-shipping.com'
**Subject:** FW: Thorgull

---

Best Regards

Jan Walle
**Senior Vice President**
**Shipping Division**
O.T.Tønnevold AS
Direct line: +47 37 25 88 72
Mobile: +47 90 03 18 95
Fax: +47 37 25 88 99
E-Mail: jw@ott.no

---

**From:** Jan Olaf Tønnevold
**Sent:** 13. juli 2007 08:53
**To:** Jan Walle
**Subject:** FW: Thorgull

Mvh
Jan Olaf Tønnevold
Mail: janolaf@ott.no
Cell: (+47) 90945665
Office: (+47) 37258900

---

**From:** Capkanis, Paul [mailto:pcapkanis@eastwindgroup.com]    – HEAD OF CHARTERING
**Sent:** 12. juli 2007 23:02                                     IN EASTWIND
**To:** Jan Olaf Tønnevold                                         MEMBER OF TOP
**Cc:** Reefers; management                                        MNGMNT TEAM
**Subject:** Thorgull

Att: Jan Olaf Tonenevold

Re: Thorgull

Dear Jan Olaf,

It was nice talking to you today.

I wanted to speak to you directly so that I could bring you up to date concerning the Thorgull's next employment and our future intentions for this vessel. I hope that you believe that we are willing partners and want to continue our strong relationship with your company. Therefore, the direct approach to you.

Unfortunately, the vessel is currently impaired and can not freely trade due to punitive NEAFC blacklisting.

The obvious ballast OUT cargo from the Far East are cars from either Korea or Japan with a total voyage duration of abt 30/35 days.

However, as discussed we had to fix a coca cargo from Indonesia to South America, of about 53 days

24.10.2007



to avoid ports which are on considered to be on the black list such as Japan and Korea. The tcr for this vessel will only be in the usc 20's and therefore will create another loss. The vessel is scheduled to load cocoa on about July 23 and complete on about September 6th.

Also, we have 2,700 mts of squid cargo which was destined to Pusan Korea. Instead of calling Pusan and jeopardizing the vessel with possible sanctions we are now transshipping this cargo via container in Qingdao, China to Pusan. The cost for this operation will be about USD 200,000.

As it is our intention to always find an amicable arrangement with you concerning this vessel, we have attempted successfully to employ the vessel until she is free from NEAFC blacklisting.

In this respect we would like you to consider a hire rate of usc 30 from China to completion of the coca voyage on about September 06 2007. From abt September 07, in direct continuation, we propose that we will continue to time charter this vessel for abt usc 65 for 12 months, assuming that NEAFC blacklisting has been lifted by then. The vessel, as you know, performs in this rate category when compared to other similar vessels of her size.

I appreciate hearing from you tomorrow.

Sincerely,

Paul

24.10.2007



## Jan Walle

| | |
|---|---|
| **From:** | Jan Walle |
| **Sent:** | 31. august 2007 08:21 |
| **To:** | 'reefer@orion-shipping.com' |
| **Cc:** | OTT Ship |
| **Subject:** | Next voyage Thorgull |

Morten / Jan

Just to remind you and our friends in New York.

We have an agreement that Eastwind shall trade Thorgull until de-listing has taken place.
Since the Minister of Shipping at Bahamas postponed the meeting we had scheduled with him, we are not sure then the de-listing can take place.
Please remind Toby about our agreement, and we expect that they will stand up to this agreement for the next voyage for Thorgull.


Best Regards

Jan Walle
Senior Vice President
Shipping Division
O.T.Tønnevold AS
Direct line: +47 37 25 88 72
Mobile: +47 90 03 18 95
Fax: +47 37 25 88 99
E-Mail: jw@ott.no

24.10.2007

Re: Next voyage Thorgull

## Jan Walle

| | |
|---|---|
| **From:** | reefer@orion-shipping.com |
| **Sent:** | 3. september 2007 11:15 |
| **To:** | Jan Walle |
| **Cc:** | Pål Aimar Sørensen |
| **Subject:** | Thorgull |

TO..: "O.T.TNNEVOLD AS" (and others)
ATTN: MR JAN WALLE
FROM: ORION SHIPPING AS
DATE: 03-SEP-2007 11:14
MSG.: 107524

*Recipients:*
*TO: O.T.TNNEVOLD AS // WALLE, JAN; MR*
*CC: O.T.TNNEVOLD AS // SRENSEN, PL AIMAR; MR*

jan-pål/morten

fikk følgende fra toby fredag som var en reaksjon på vår/deres purring om en avklaring av videre beskjeftigelse.
det er som fremgår ikke memt å bli distrubert. la oss snakkes.
mvh

Morten,
We are obviously well aware of our agreements otherwise the ship would have been redelivered long ago. We have kept
the ship trading safely for well over a year at very reasonable rates for the owners so they have not lost anything against
market, and have not been exposed to any problems, unlike the other ships that have been targeted by neafc. There have
been a number of problems in trading this ship eveb though have been as careful as possible.
HOWEVER, the resolution to this problem lies in the hands of the owners, and frankly we have been hearing about
attempts to receive the ship for far too long now. At some point in time, we have to say enough.
Also, we expect that owners continue to maintain the ship and operate it properly. The performance has deteriorated
significantly in the last few months, and we have a significant claim for poor performance on the current voyage.
We have also proposed period charters , short or long term, but these are rejected because owner wants to sell.

In other words, and this is why I do not copy this publicly:
1. we have more than honored our agreement to keep the ship safely operating at market rates while we wait owners
resolution of the problem.
2m the resolution of the neafc situation lies with the owners. They must take all steps to promptly resolve the issue. But
this has not happened.
3m as charters we expect vessel to be maintained and perform as it has done for the last 6-7 years. But the ship is
deitroating badly in performance.
4. In order to trade this ship effectively, it needs to be run as part of a fleet. But ott will only charter voyage by voyage.
So we cannot plan ahead.

Going forward we need a clear plan from ott on when they expect ship to be released. We need to know if we can put the
ship on a long term tc. If not, we can only suggest that we move to fixing the on best efforts basis.

Toby

Email: reefer@orion-shipping.com
web: http://www.orion-shipping.com
Phone: +47 67 83 89 89 - Fax: +47 67 10 88 52

Espen C. Harr Mob: +47 901 23 305
Morten Saetre Mob: +47 995 13 000
Peter Oeyen Mob: +47 907 75 739

24.10.2007



# EXHIBIT B



TøNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

Vår dato
09.nov.2000
Deres dato

Vår referanse
01CI165578
Deres referanse

# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
                C/O EASTWIND TRANSPORT LTD
                NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
                NEW YORK, N.Y. 10017
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Vi har mottatt følgende betalingsinstruksjoner:

Overførselsbeløp...................................:USD        31,301.52


OMKOSTNINGER:

Betalingsprov.              USD         -10.74

Sum omkostninger..................................:USD             10.74

Sum beløp.........................................:USD        31,290.78

USD *******31290.78 er KREDITERT Deres konto 97150405223
VAL. 10.nov.2000,


BETALINGEN GJELDER:

/RFB/00110804144 REF: THORGULL OCTOBER DISTRIBUT ION


                    Med vennlig hilsen
                    **Finansbanken ASA**

**FINANSBANKEN ASA**          Et selskap i Storebrand-konsernet          *Foretaksregisteret: NO 953 299 216*
*Hovedkontor:*                                                          *Representasjonskontor:*
Stortingsgt. 8                                                          Rådhusgt. 4
Postboks 817 Sentrum                                                    Postboks 143 Sentrum
0104 OSLO                                                               5804 Bergen
Tlf.: 22 47 40 00, Fax: 22 47 41 00                                    Tlf.: 55 30 23 00, Fax: 55 30 23 10

MOTTATT

15 DES. 2000



TøNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

Vår dato
14.des.2000
Deres dato

Vår referanse
01CI166650
Deres referanse

## KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
                C/O EASTWIND TRANSPORT LTD
                NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
                NEW YORK, N.Y. 10017
--------------------------------------------------------------------------------
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp..................................: USD      111,446.00
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp.....................................: USD      111,446.00


OMKOSTNINGER:

Betalingsprov.              USD        -10.78

Sum omkostninger...................................:USD           10.78

Sum beløp..........................................:USD      111,435.22

USD ******111435.22 er KREDITERT Deres konto 97150405223
VAL. 13.des.2000,


BETALINGEN GJELDER:

/RFB/00121303796 REF: THORGULL NOVEMBER DISTRIBUT
ION


                    Med vennlig hilsen
                    Finansbanken ASA


FINANSBANKEN ASA                 Et selskap i Storebrand-konsernet     Foretaksregisteret: NO 953 299 216
f1b/1b82                                                                Representasjonskontor:
        Hovedkontor:                                                         Bergen:
        Stortingsgt. 8                                                    Rådhusgt. 4
        Postboks 817 Sentrum                                          Postboks 143 Sentrum
        0104 OSLO                                                         5804 Bergen
        Tlf.: 22 47 40 00, Fax: 22 47 41 00                          Tlf.: 55 30 23 00, Fax: 55 30 23 10

## SpareBank**1** SR-Bank

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF04081100005003                              DATO 2004.08.11

K R E D I T O P P G A V E

| | | |
|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 147.327,83 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 147.315,83 |
| KURS | | 1,0000 |
| MOTVERDI | USD | 147.315,83 |
| VÅRE OMKOSTNINGER | USD | 14,76 |
| ʼAL BELØP KREDITERT | USD | 147.301,07 |

.HAR KREDITERT DERES KONTO NR.                         3185.05.30427
VALUTERINGSDATO                                        2004.08.11

OPPDRAGSGIVER:                      OPPDRAGSGIVERS BANK:
                                    NDEAUS3N
ECO SHIPPING                        MERITA BANK LTD.
C/O EASTWIND INVESTMENT             437 MADISON AVENUE
444 MADISON AVENUE, SUITE 2         FLOOR 22
NEW YORK, NY 1002                   NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000139390
REF:THORGULL JULY 2004 DISTRIBUTION

MELDING TIL NORGES BANK:
14

DENNE OPPGAVEN TJENER SOM KOPI AV BETALINGSMELDING TIL NORGES BANK VED BETALING
MELLOM INNLENDING OG UTLENDING (GJELDER OGSÅ VED BETALING TIL/FRA UTLENDINGS
NOK-KONTO I NORSK BANK). DERSOM RUBRIKKEN FOR "MELDING TIL NORGES BANK"
INNEHOLDER FEIL INFORMASJON, MÅ KOPI AV KORRIGERT DEBET-/KREDITOPPGAVE
SENDES DIREKTE TIL NORGES BANK, VALUTASTATISTIKKONTORET, POSTBOKS 1179 SENTRUM,
0107 OSLO.

                    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

.NNLIG HILSEN
SPAREBANKEN ROGALAND

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langfltvn. 5, Mariero | P.O. Box 218 | General: 47 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | | | Reuter dealing |
| | | | www.sr-bank.no | | Spro |

# SpareBank 1 SR-Bank

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF04090900005003                          DATO 2004.09.09

K R E D I T O P P G A V E

| | | |
|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 140.283,02 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 140.271,02 |
| KURS | | 1,0000 |
| ' TVERDI | USD | 140.271,02 |
| \.RE OMKOSTNINGER | USD | 14,46 |
| T^TAL BELØP KREDITERT | USD | 140.256,56 |

VI HAR KREDITERT DERES KONTO NR.                  3185.05.30427
VALUTERINGSDATO                                   2004.09.09

OPPDRAGSGIVER:                    OPPDRAGSGIVERS BANK:
                                  NDEAUS3N
ECO SHIPPING                      MERITA BANK LTD.
C/O EASTWIND INVESTMENT           437 MADISON AVENUE
444 MADISON AVENUE, SUITE 2       FLOOR 22
NEW YORK, NY 1002                 NEW YORK, NY

BETALINGEN GJELDER:
REF:THORGULL AUG 2004 DISTRIBUTION
REF:THORGULL AUG 2004 DISTRIBUTION

MELDING TIL NORGES BANK:
70 BETALING

DENNE OPPGAVEN TJENER SOM KOPI AV BETALINGSMELDING TIL NORGES BANK VED BETALING
MELLOM INNLENDING OG UTLENDING (GJELDER OGSÅ VED BETALING TIL/FRA UTLENDINGS
NOK-KONTO I NORSK BANK). DERSOM RUBRIKKEN FOR "MELDING TIL NORGES BANK"
INNEHOLDER FEIL INFORMASJON, MÅ KOPI AV KORRIGERT DEBET-/KREDITOPPGAVE
S^NDES DIREKTE TIL NORGES BANK, VALUTASTATISTIKKONTORET, POSTBOKS 1179 SENTRUM,
)7 OSLO.

                    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåvn. 5, Mariero | P.O. Box 218 | General: 47 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | | | Reuter dealing |
| | | www.sr-bank.no | | | Spro |

**SpareBank 1 SR-Bank**

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF04100800001003                                          DATO 2004.10.08

K R E D I T O P P G A V E

| | | |
|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 151.667,53 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 151.655,53 |
| KURS | | 1,0000 |
| MOTVERDI | USD | 151.655,53 |
| VÅRE OMKOSTNINGER | USD | 14,83 |
| TAL BELØP KREDITERT | USD | 151.640,70 |

VI HAR KREDITERT DERES KONTO NR.                                    3185.05.30427
VALUTERINGSDATO                                                       2004.10.08

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:
                                        NDEAUS3N
ECO SHIPPING                            MERITA BANK LTD.
C/O EASTWIND INVESTMENT                 437 MADISON AVENUE
444 MADISON AVENUE, SUITE 2             FLOOR 22
NEW YORK, NY 1002                       NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000148827
REF:DISTRIBUTION SEPT 2004 THORGULL

MELDING TIL NORGES BANK:
14

DENNE OPPGAVEN TJENER SOM KOPI AV BETALINGSMELDING TIL NORGES BANK VED BETALING
MELLOM INNLENDING OG UTLENDING (GJELDER OGSÅ VED BETALING TIL/FRA UTLENDINGS
NOK-KONTO I NORSK BANK). DERSOM RUBRIKKEN FOR "MELDING TIL NORGES BANK"
INNEHOLDER FEIL INFORMASJON, MÅ KOPI AV KORRIGERT DEBET-/KREDITOPPGAVE
SENDES DIREKTE TIL NORGES BANK, VALUTASTATISTIKKONTORET, POSTBOKS 1179 SENTRUM,
0107 OSLO.

              DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

---

**Sparebanken Rogaland - Foreign Payments**

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org.no. |
|---|---|---|---|---|---|
| Langfåtevn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | | | Reuter dealing |
| | | www.sr-bank.no | | | Spro |

## SpareBank 1 SR-Bank

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF04111000005003           DATO 2004.11.10

K R E D I T O P P G A V E

| | | |
|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 155.379,34 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 155.367,34 |
| KURS | | 1,0000 |
| MOTVERDI | USD | 155.367,34 |
| RE OMKOSTNINGER | USD | 15,68 |
| TOTAL BELØP KREDITERT | USD | 155.351,66 |

HAR KREDITERT DERES KONTO NR.        3185.05.30427
VALUTERINGSDATO                           2004.11.10

OPPDRAGSGIVER:                    OPPDRAGSGIVERS BANK:
                                   NDEAUS3N
ECO SHIPPING                      MERITA BANK LTD.
C/O EASTWIND INVESTMENT       437 MADISON AVENUE
444 MADISON AVENUE, SUITE 2   FLOOR 22
NEW YORK, NY 1002            NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000154195
REF:THORGULL DISTRIBUTION OCTOBER
2004

MELDING TIL NORGES BANK:
14

DENNE OPPGAVEN TJENER SOM KOPI AV BETALINGSMELDING TIL NORGES BANK VED BETALING
MELLOM INNLENDING OG UTLENDING (GJELDER OGSÅ VED BETALING TIL/FRA UTLENDINGS
NOK-KONTO I NORSK BANK). DERSOM RUBRIKKEN FOR "MELDING TIL NORGES BANK"   NORWAY
INNEHOLDER FEIL INFORMASJON, MÅ KOPI AV KORRIGERT DEBET-/KREDITOPPGAVE SENDES
REKTE TIL NORGES BANK, VALUTASTATISTIKKONTORET, POSTBOKS 1179 SENTRUM,
_07 OSLO

                DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | | | Reuter dealing |
| | | www.sr-bank.no | | | Spro |

**SpareBank 1 SR-Bank**

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF04121000005003                                    DATO 2004.12.10

K R E D I T O P P G A V E

| | | |
|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 157.660,16 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 157.648,16 |
| KURS | | 1,0000 |
| MOTVERDI | USD | 157.648,16 |
| ₊RE OMKOSTNINGER | USD | 16,16 |
| ₊OTAL BELØP KREDITERT | USD | 157.632,00 |

HAR KREDITERT DERES KONTO NR.                        3185.05.30427
VALUTERINGSDATO                                          2004.12.10

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:
                                        NDEAUS3N
ECO SHIPPING                            MERITA BANK LTD.
C/O EASTWIND INVESTMENT                 437 MADISON AVENUE
444 MADISON AVENUE, SUITE 2             FLOOR 22
NEW YORK, NY 1002                       NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000159351
REF:THORGULL NOV 2004 DISTRIBUTION

MELDING TIL NORGES BANK:
14

DENNE OPPGAVEN TJENER SOM KOPI AV BETALINGSMELDING TIL NORGES BANK VED BETALING
MELLOM INNLENDING OG UTLENDING (GJELDER OGSÅ VED BETALING TIL/FRA UTLENDINGS
NOK-KONTO I NORSK BANK). DERSOM RUBRIKKEN FOR "MELDING TIL NORGES BANK"  NORWAY
INNEHOLDER FEIL INFORMASJON, MÅ KOPI AV KORRIGERT DEBET-/KREDITOPPGAVE SENDES
DIREKTE TIL NORGES BANK, VALUTASTATISTIKKONTORET, POSTBOKS 1179 SENTRUM,
07 OSLO

                    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

**Sparebanken Rogaland - Foreign Payments**

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtv. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | | | Reuter dealing |
| | | www.sr-bank.no | | | Spro |



TøNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

Vår dato
11.jan.2001
Deres dato

Vår referanse
01CI167494
Deres referanse

# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
               C/O EASTWIND TRANSPORT
               NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA E
               NEW YORK, N.Y. 10017

*2001*

----------------------------------------            - - - - - - - - - - - -
Vi har mottatt følgende betalingsinstruk;

Opprinnelig beløp.......................            155,601.00
(Opplyst av Avsender Bank.  Uten forplikt  .— .or oss.)

Overført beløp....................................: USD   155,601.00


OMKOSTNINGER:

Betalingsprov.            USD         -11.46

Sum omkostninger...................................:USD        11.46

Sum beløp.........................................:USD   155,589.54

USD ******155589.54 er KREDITERT Deres konto 97150405223
VAL. 10.jan.2001,


BETALINGEN GJELDER:

REF: THORGULL DECEMBER DISTRIBUT ION


                    Med vennlig hilsen
                    **Finansbanken ASA**

f FINANSBANKEN ASA          Et selskap i Storebrand-konsernet          Foretaksregisteret: NO 953 200 216
Hovedkontor:                                          Representasjonskontor:
Stortingsgt. 8                                              Rådhusgt. 4
Postboks 817 Sentrum                                   Postboks 143 Sentrum
0104 OSLO                                                  5804 Bergen
Tlf.: 22 47 40 00, Fax: 22 47 41 00                    Tlf.: 55 30 23 00, Fax: 55 30 23 10



TØNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

Vår dato
15.feb.2001
Deres dato

Vår referanse
01CI168583
Deres referanse

# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
                C/O EASTWIND TRANSPORT LTD
                NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
                NEW YORK, N.Y. 10017
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp...................................: USD       124,000.00
(Opplyst av Avsender Bank. Uten forpliktelse for oss.)

Overført beløp.....................................: USD       124,000.00


OMKOSTNINGER:

Betalingsprov.              USD         -11.15

Sum omkostninger..................................:USD              11.15

Sum beløp.........................................:USD        123,988.85

USD ******123988.85 er KREDITERT Deres konto 97150405223
VAL. 14.feb.2001,


BETALINGEN GJELDER:

REF: THORGULL 01/01 DISTRIBUT ION



                    Med vennlig hilsen
                    Finansbanken ASA



FINANSBANKEN ASA              Et selskap i Storebrand-konsernet        Foretaksregisteret: NO 953 299 216
Hovedkontor:                                                          Representasjonskontor:
Stortingsgt. 8                                                        Rådhusgt. 4
Postboks 817 Sentrum                                                 Postboks 143 Sentrum
0104 OSLO                                                            5804 Bergen
Tlf.: 22 47 40 00, Fax: 22 47 41 00                                  Tlf.: 55 30 23 00, Fax: 55 30 23 10



TØNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

| | | |
|---|---|---|
| Vår dato | Vår referanse |
| 27.feb.2001 | 01CI168864 |
| Deres dato | Deres referanse |

# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
               C/O EASTWIND TRANSPORT LTD
               NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
               NEW YORK, N.Y. 10017
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp...................................: USD        10,111.92
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp.....................................: USD        10,111.92


OMKOSTNINGER:

Betalingsprov.          USD          -11.06

Sum omkostninger...................................:USD              11.06

Sum beløp..........................................:USD        10,100.86

USD *******10100.86 er KREDITERT Deres konto 97150405223
VAL. 27.feb.2001,


BETALINGEN GJELDER:

REF: THORGULL JANUARY 2001 DISTRI BUTION



                    Med vennlig hilsen
                    Finansbanken ASA

FINANSBANKEN ASA              Et selskap i Storebrand-konsernet          Foretaksregisteret: NO 953 299 216
fib/IDgs          Hovedkontor:                                          Representasjonskontor: ibj
                  Stortingsgt. 8                                        Rådhusgt. 4
                  Postboks 817 Sentrum                                  Postboks 143 Sentrum
                  0104 OSLO                                             5804 Bergen
                  Tlf.: 22 47 40 00, Fax: 22 47 41 00                   Tlf.: 55 30 23 00, Fax: 55 30 23 10




| | |
|---|---|
| TøNNEVOLD REEFER 4 KS<br>c/o O.T.Tønnevold AS<br>Boks 115<br>4891 GRIMSTAD<br>NORWAY | Vår dato<br>13.mar.2001<br>Deres dato | Vår referanse<br>01CI169266<br>Deres referanse |

# KREDITOPPGAVE/KUNDEEKSEMPLAR

```
Oppdragsgiver.: ECO SHIPPING NEW YORK
               C/O EASTWIND TRANSPORT LTD
               NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
               NEW YORK, N.Y. 10017
----------------------------------------------------------------------
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp..................................: USD        125,665.00
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp.....................................: USD        125,665.00


OMKOSTNINGER:

Betalingsprov.          USD          -11.26

Sum omkostninger..................................:USD            11.26

Sum beløp.........................................:USD        125,653.74

USD ******125653.74 er KREDITERT Deres konto 97150405223
VAL. 12.mar.2001,


BETALINGEN GJELDER:

REF: THORGULL FEB.01 DISTRIBUTION



                    Med vennlig hilsen
                    Finansbanken ASA
```

fib7-1b7a    **FINANSBANKEN ASA**          **Et selskap i Storebrand-konsernet**      *Foretaksregisteret: NO 953 299 216*<br>*Hovedkontor:*                                                    *Representasjonskontor:*<br>Stortingsgt. 8                                                    Rådhusgt. 4<br>Postboks 817 Sentrum                                              Postboks 143 Sentrum<br>0104 OSLO                                                         5804 Bergen<br>Tlf.: 22 47 40 00, Fax: 22 47 41 00                               Tlf.: 55 30 23 00, Fax: 55 30 23 10



# Finansbanken

TøNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

Vår dato
11.apr.2001
Deres dato

Vår referanse
01CI170183
Deres referanse



## KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
                C/O EASTWIND TRANSPORT LTD
                NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
                NEW YORK, N.Y. 10017
------------------------------------------------------------------
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp..................................: USD           168,526.50
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp.....................................: USD           168,526.50


OMKOSTNINGER:

Betalingsprov.           USD       -11.02

Sum omkostninger..................................:USD            11.02

Sum beløp.........................................:USD         168,515.48

USD ******168515.48 er KREDITERT Deres konto 97150405223
VAL. 10.apr.2001,


BETALINGEN GJELDER:

/RFB/01041003638 REF: THORGULL MARCH DISTRIBUT ION


              Med vennlig hilsen
              **Finansbanken ASA**

Finansbanken ASA Et selskap i Storebrand konsernet
**fib/ibas**
Hovedkontor Stortingsgaten 8 Postboks 817 Sentrum N-0104 Oslo
T +47 22 47 40 00 F +47 23 47 41 00
mail@finansbanken.no www.finansbanken.no

Bergen Radhusgaten 4 Postboks 14 Sentrum N-5804 Bergen
T +47 55 30 23 00 F +47 55 30 23 10
mail@finansbanken.no www.finansbanken.no

I2-f9985/caa



**Finansbanken**

TøNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

Vår dato
08.mai.2001
Deres dato

Vår referanse
01CI170925

Deres referanse

# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
              C/O EASTWIND TRANSPORT LTD
              NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
              NEW YORK, N.Y. 10017
------------------------------------------------------------------
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp...................................: USD        143,564.26
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp.....................................: USD        143,564.26

OMKOSTNINGER:

Betalingsprov.              USD        -11.03

Sum omkostninger...................................:USD              11.03

Sum beløp..........................................:USD        143,553.23

USD ******143553.23 er KREDITERT Deres konto 97150405223
VAL. 07.mai.2001,

BETALINGEN GJELDER:

REF: THORGULL APRIL DISTRIBUT ION

                    Med vennlig hilsen
                    **Finansbanken ASA**

fib/ibas
Hovedkontor ...

I2_g0678/mh1

MOTTATT
.1 8 JUNI 2001



**Finansbanken**

TøNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

Vår dato
08.jun.2001
Deres dato

Vår referanse
01CI171777
Deres referanse

# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
C/O EASTWIND TRANSPORT LTD
NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
NEW YORK, N.Y. 10017
------------------------------------------------------------------------
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp...................................: USD        150,374.03
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp......................................: USD        150,374.03

OMKOSTNINGER:

Betalingsprov.            USD        -10.63

Sum omkostninger....................................:USD              10.63

Sum beløp...........................................:USD        150,363.40

USD ******150363.40 er KREDITERT Deres konto 97150405223
VAL. 07.jun.2001,

BETALINGEN GJELDER:

/RFB/01060703936 REF: THORGULL MAY DISTRIBUT ION

Med vennlig hilsen
**Finansbanken ASA**

Finansbanken ASA. Et selskap i Storebrand-konsernet
**fib/ibas**
Hovedkontor  Stortingsgaten 8  Postboks 817 Sentrum  N-0104 OSLO
T: +47 22 47 40 00  F: +47 22 47 41 00
mail@finansbanken.no  www.finansbanken.no

Bergen  Rådhusgaten 4  Postboks 143 Sentrum  N-5804 BERGEN
T: +47 55 30 23 00  F: +47 55 30 23 10
mail@finansbanken.no  www.finansbanken.no

NO 953 396 216  Swiftadresse: FIBYNOKK

I2-g1466/mhl



**Finansbanken**

TøNNEVOLD REEFER 4 KS          Vår dato              Vår referanse
c/o O.T.Tønnevold AS           10.jul.2001           01CI172669
Boks 115                       Deres dato            Deres referanse
4891 GRIMSTAD
NORWAY

# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
                C/O EASTWIND TRANSPORT LTD
                NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
                NEW YORK, N.Y. 10017
------------------------------------------------------------------------
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp...................................: USD      115,966.45
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp......................................: USD      115,966.45


OMKOSTNINGER:

Betalingsprov.          USD           -10.67

Sum omkostninger....................................:USD          10.67

Sum beløp...........................................:USD      115,955.78

USD ******115955.78 er KREDITERT Deres konto 97150405223
VAL. 09.jul.2001,


BETALINGEN GJELDER:

REF: THORGULL JUNE DISTRIBUT ION



                    Med vennlig hilsen
                    **Finansbanken ASA**

Finansbanken ASA  Et selskap i Storebrand-konsernet
**fib/ibas**                                                          I2-g2291/mhl
Hovedkontor  Stortingsgaten 8  Postboks 817 Sentrum  N-0104 OSLO    Bergen  Rådhusgaten 4  Postboks 143 Sentrum  N-5804 BERGEN
T: +47 22 47 40 00  F: +47 22 47 41 00                              T: +47 55 30 23 00  F: +47 55 30 23 10
mail@f.finansbanken.no  www.finansbanken.no                         mail@finansbanken.no  www.finansbanken.no

NO 953 299 216  Swiftadresse: FIBNNOKK



**Finansbanken**

TØNNEVOLD REEFER 4 KS          Vår dato          Vår referanse
c/o O.T.Tønnevold AS           07.aug.2001        01CI173269
Boks 115                       Deres dato         Deres referanse
4891 GRIMSTAD
NORWAY

# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
                C/O EASTWIND TRANSPORT LTD
                NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
                NEW YORK, N.Y. 10017
-----------------------------------------------------------------------
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp...................................: USD          98,782.32
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp......................................: USD          98,782.32


OMKOSTNINGER:

Betalingsprov.            USD        -11.02

Sum omkostninger...................................:USD               11.02

Sum beløp..........................................:USD          98,771.30

USD ******98771.30 er KREDITERT Deres konto 97150405223
VAL. 07.aug.2001,


BETALINGEN GJELDER:

/RFB/01080603906 REF THORGULL JULY DISTRIBUTION



                        Med vennlig hilsen
                        **Finansbanken ASA**

Finansbanken ASA. Et selskap i Storebrand-konsernet.
**fib/ibas**
Hovedkontor Stortingsgaten 8 Postboks 817 Sentrum N-0104 OSLO        Bergen Rådhusgaten 4 Postboks 143 Sentrum N-5804 BERGEN
T: +47 22 47 40 00  F: +47 22 47 41 00                              T: +47 55 30 23 00  F: +47 55 30 23 10
mail@finansbanken.no  www.finansbanken.no                           mail@finansbanken.no  www.finansbanken.no

NO 953 299 216. Snailadresse: FIBNNOKK

I2-g2849/mhl



**Finansbanken**

TØNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

Vår dato                    Vår referanse
11.sep.2001                 01CI174013
Deres dato                  Deres referanse

# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
               C/O EASTWIND TRANSPORT LTD
               NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
               NEW YORK, N.Y. 10017
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp...................................: USD        130,833.79
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp.....................................: USD        130,833.79

OMKOSTNINGER:

Betalingsprov.              USD        -11.29

Sum omkostninger....................................:USD              11.29

Sum beløp..........................................:USD        130,822.50

USD ******130822.50 er KREDITERT Deres konto 97150405223
VAL. 11.sep.2001,

BETALINGEN GJELDER:

/RFB/01091004047 REF: THORGULL AUGUST DISTRIBUT ION


                    Med vennlig hilsen
                    **Finansbanken ASA**

Finansbanken ASA  Et selskap i Storebrand-konsernet
**fib/ibas**                                                        I2-g3549/ibj
Hovedkontor  Stortingsgaten 8  Postboks 817 Sentrum  N-0104 OSLO    Bergen  Rådhusgaten 4  Postboks 143 Sentrum  N-5804 BERGEN
T: +47 22 47 40 00  F: +47 22 47 41 00                              T: +47 55 30 23 00  F: +47 55 30 23 10
mail@finansbanken.no  www.finansbanken.no                          mail@finansbanken.no  www.finansbanken.no

NO 963 299 216  Swiftadresse: FIBNNOK2



**Finansbanken**

TØNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

Vår dato
10.okt.2001
Deres dato

Vår referanse
01CI174756
Deres referanse

# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
                C/O EASTWIND TRANSPORT LTD
                NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
                NEW YORK, N.Y. 10017
------------------------------------------------------------------------
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp...................................: USD          91,820.00
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp.....................................: USD          91,820.00

OMKOSTNINGER:

Betalingsprov.          USD        -11.44

Sum omkostninger...................................:USD             11.44

Sum beløp..........................................:USD          91,808.56

USD *******91808.56 er KREDITERT Deres konto 97150405223            ,
VAL. 10.okt.2001,


BETALINGEN GJELDER:

/RFB/01100904697 REF: THORGULL SEPTEMBER DISTRIBUT
ION


                    Med vennlig hilsen
                    **Finansbanken ASA**

Finansbanken ASA  Et selskap i Storebrand konsernet
**fib/ibas**                                                             I2-g4252/mhl
Hovedkontor  Startingsgaten 8  Postboks 817 Sentrum  N-0104 OSLO    Bergen  Rådhusgaten 4  Postboks 143 Sentrum  N-5804 BERGEN
T: +47 22 47 40 00  F: +47 22 47 41 00                             T: +47 55 30 23 00  F: +47 55 30 23 10
mail@finansbanken.no  www.finansbanken.no                          mail@finansbanken.no  www.finansbanken.no

No 963 799 216  Swiftadresse: FIBNNOKK

MOTTATT

1 1 NOV 2001



**Finansbanken**

TØNNEVOLD REEFER 4 KS
c/o O.T.Tønnevold AS
Boks 115
4891 GRIMSTAD
NORWAY

Vår dato
09.nov.2001
Deres dato

Vår referanse
01CI175470
Deres referanse

## KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NEW YORK
              C/O EASTWIND TRANSPORT LTD
              NEW YORK, N.Y. 10022
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
              NEW YORK, N.Y. 10017
-----------------------------------------------------------------------
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp..................................: USD        90,577.16
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp.....................................: USD        90,577.16


OMKOSTNINGER:

Betalingsprov.          USD        -11.35

Sum omkostninger...................................:USD            11.35

Sum beløp..........................................:USD        90,565.81

USD *******90565.81 er KREDITERT Deres konto 96805516361
VAL. 09.nov.2001,


BETALINGEN GJELDER:

/RFB/01110803975 REF: THORGULL OCTOBER DISTRIBUT ION
2001



                    Med vennlig hilsen
                    **Finansbanken ASA**


Finansbanken ASA. Et selskap i Storebrand-konsernet
fib/ibas
Hovedkontor Stortingsgaten 8  Postboks 817 Sentrum  N-0104 OSLO
T: +47 22 47 40 00  F: +47 22 47 41 00
mail@finansbanken.no  www.finansbanken.no
Bergen: Rådhusgaten 4  Postboks 143 Sentrum  N-5804 BERGEN
T: +47 55 30 23 00  F: +47 55 30 23 10
mail@finansbanken.no  www.finansbanken.no
NO 983 299 216  Swiftadresse: FIBNNOKK

I2-g4931/mhl



**Finansbanken**

TØNNEVOLD REEFER 4 KS          Vår dato          Vår referanse
c/o O.T.Tønnevold AS           12.des.2001       01CI176401
Boks 115                       Deres dato        Deres referanse
4891 GRIMSTAD
NORWAY


# KREDITOPPGAVE/KUNDEEKSEMPLAR

Oppdragsgiver.: ECO SHIPPING NY
                C/O EASTWIND TRANSPORT LTD
                NEW YORK, NY 10022, U.S.A.
Oppdr.giver bk: SKANDINAVISKA ENSKILDA BANKEN
                NEW YORK, N.Y. 10167
-------------------------------------------------------------------
Vi har mottatt følgende betalingsinstruksjoner:

Opprinnelig beløp...................................: USD        102,614.27
(Opplyst av Avsender Bank.  Uten forpliktelse for oss.)

Overført beløp......................................: USD        102,614.27


OMKOSTNINGER:

Betalingsprov.          USD          -11.12

Sum omkostninger...................................:USD                 11.12

Sum beløp..........................................:USD         102,603.15

USD ******102603.15 er KREDITERT Deres konto 96805516361
VAL. 12.des.2001,


BETALINGEN GJELDER:

/RFB/01121104528 REF: THORGULL NOVEMBER DISTRIBUT
ION 2001


                         Med vennlig hilsen
                         **Finansbanken ASA**


Finansbanken ASA - Et selskap i Storebrand-konsernet
fib/iban                                                          I2-g5834/mhl
Hovedkontor: Hieftenggaten 8  Postbok 317 Sentrum N-0104 OSLO     Bergen Rådhusgaten 4  Postboks 143 Sentrum  N-5804 BERGEN
T: +47 22 42 40 00  F: +47 22 42 41 00                           T: +47 55 30 23 00  F: +47 55 30 23 10
postvenue.banken no  www.finansbanken.no                         mail@finansbanken.no  www.finansbanken.no

**SpareBank 1 SR-Bank**

```
TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD
```

VÅR REF. BF05021100007003                                    DATO 2005.02.11

K R E D I T O P P G A V E

| | | |
|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 248.649,91 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 248.637,91 |
| KURS | | 1,0000 |
| MOTVERDI | USD | 248.637,91 |
| VÅRE OMKOSTNINGER | USD | 15,13 |
| AL BELØP KREDITERT | USD | 248.622,78 |

```
VI HAR KREDITERT DERES KONTO NR.                          3185.05.30427
VALUTERINGSDATO                                              2005.02.11
```

| | |
|---|---|
| OPPDRAGSGIVER: | OPPDRAGSGIVERS BANK: |
| | NDEAUS3N |
| ECO SHIPPING | MERITA BANK LTD. |
| C/O EASTWIND INVESTMENT | 437 MADISON AVENUE |
| 444 MADISON AVENUE, SUITE 2 | FLOOR 22 |
| NEW YORK, NY 1002 | NEW YORK, NY |

```
BETALINGEN GJELDER:
/RFB/WT0000169993
REF:THORGULL DISTRIBUTION JANUARY
2005

MELDING TIL NORGES BANK:
14
```

DENNE OPPGAVEN TJENER SOM KOPI AV BETALINGSMELDING TIL NORGES BANK VED BETALING
MELLOM INNLENDING OG UTLENDING (GJELDER OGSÅ VED BETALING TIL/FRA UTLENDINGS
NOK-KONTO I NORSK BANK). DERSOM RUBRIKKEN FOR "MELDING TIL NORGES BANK"  NORWAY
INNEHOLDER FEIL INFORMASJON, MÅ KOPI AV KORRIGERT DEBET-/KREDITOPPGAVE SENDES
DIREKTE TIL NORGES BANK, VALUTASTATISTIKKONTORET, POSTBOKS 1179 SENTRUM,
OSLO

DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

```
VENNLIG HILSEN
SPAREBANKEN ROGALAND
```

**Sparebanken Rogaland - Foreign Payments**

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langfiletvn. 5, Marlero | P.O. Box 218 | General:  47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct:    47 51 53 53 97 | www.sr-bank.no | | Reuter dealing |
| | | | | | Spro |

**SpareBank 1  SR-Bank**

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF05031100005003                                    DATO 2005.03.11

K R E D I T O P P G A V E

| | | |
|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 219.874,13 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 219.862,13 |
| KURS | | 1,0000 |
| MOTVERDI | USD | 219.862,13 |
| RE OMKOSTNINGER | USD | 16,36 |
| TAL BELØP KREDITERT | USD | 219.845,77 |

VI HAR KREDITERT DERES KONTO NR.                           3185.05.30427
VALUTERINGSDATO                                             2005.03.11

OPPDRAGSGIVER:                         OPPDRAGSGIVERS BANK:
                                       NDEAUS3N
ECO SHIPPING                           MERITA BANK LTD.
C/O EASTWIND INVESTMENT                437 MADISON AVENUE
444 MADISON AVENUE, SUITE 2            FLOOR 22
NEW YORK, NY 1002                      NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000174992
REF:THORGULL FEBRUARY DISTRIBUTION
2005

MELDING TIL NORGES BANK:
14

DENNE OPPGAVEN TJENER SOM KOPI AV BETALINGSMELDING TIL NORGES BANK VED BETALING
MELLOM INNLENDING OG UTLENDING (GJELDER OGSÅ VED BETALING TIL/FRA UTLENDINGS
NOK-KONTO I NORSK BANK). DERSOM RUBRIKKEN FOR "MELDING TIL NORGES BANK"  NORWAY
INNEHOLDER FEIL INFORMASJON, MÅ KOPI AV KORRIGERT DEBET-/KREDITOPPGAVE SENDES
TREKTE TIL NORGES BANK, VALUTASTATISTIKKONTORET, POSTBOKS 1179 SENTRUM,
  07 OSLO

              DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

**Sparebanken Rogaland - Foreign Payments**

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General:  47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct:  47 51 53 53 97 | | | Reuter dealing |
| | | www.sr-bank.no | | | Spro |

# SpareBank 1 SR-Bank

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF05041300004003                                    DATO 2005.04.13

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 292.318,57 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,00 |
| BELØP MOTTATT | | USD | 292.306,57 |
| KURS | | | 1,0000 |
| MOTVERDI | | USD | 292.306,57 |
| VÅRE OMKOSTNINGER | AKKUM: | USD | 15,84 |
| TAL BELØP KREDITERT | | USD | 292.306,57 |

VI HAR KREDITERT DERES KONTO NR.                              3185.05.30427
VALUTERINGSDATO                                               2005.04.13

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:
                                        NDEAUS3N
ECO SHIPPING                            MERITA BANK LTD.
C/O EASTWIND INVESTMENT                 437 MADISON AVENUE
444 MADISON AVENUE, SUITE 2             FLOOR 22
NEW YORK, NY 1002                       NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000180856
REF:THORGULL MARCH DISTRIBUTION
2005

MELDING TIL NORGES BANK:
14

DENNE OPPGAVEN TJENER SOM KOPI AV BETALINGSMELDING TIL NORGES BANK VED BETALING
MELLOM INNLENDING OG UTLENDING (GJELDER OGSÅ VED BETALING TIL/FRA UTLENDINGS
NOK-KONTO I NORSK BANK). DERSOM RUBRIKKEN FOR "MELDING TIL NORGES BANK" NORWAY
INNEHOLDER FEIL INFORMASJON, MÅ KOPI AV KORRIGERT DEBET-/KREDITOPPGAVE SENDES
DIREKTE TIL NORGES BANK, VALUTASTATISTIKKONTORET, POSTBOKS 1179 SENTRUM,
17 OSLO

GEBYR BELASTES ETTER AVTALE

                    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langfjellvn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | | | Reuter dealing |
| | | | www.sr-bank.no | | Spro |

## SpareBank 1 SR-Bank

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF05051200004001                           DATO 2005.05.12

K R E D I T O P P G A V E

| | | |
|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 263.122,40 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 263.110,40 |
| KURS | | 100,0 |
| MOTVERDI | USD | 263.110,40 |
| VÅRE OMKOSTNINGER          AKKUM: | USD | 15,92 |
| TAL BELØP KREDITERT | USD | 263.110,40 |

     HAR KREDITERT DERES KONTO NR.                   3185.05.30427
VALUTERINGSDATO                                      2005.05.12

OPPDRAGSGIVER:                    OPPDRAGSGIVERS BANK:
                                  NDEAUS3N
ECO SHIPPING                      MERITA BANK LTD.
C/O EASTWIND INVESTMENT           437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200     FLOOR 22
NEW YORK, NY 1002                 NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000186632
REF:THORGULL APRIL DISTRIBUTION
2005

TRANSAKSJONEN VIL BLI RAPPORTERT TIL VALUTAREGISTERET I TOLL OG
AVGIFTSDIREKTORATET.

GEBYR BELASTES ETTER AVTALE

            DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

   VNLIG HILSEN
SPAREBANKEN ROGALAND

### Sparebanken Rogaland - Foreign Payments

| Address:                | Postal address:     | Telephone:             | Telefax:         | Swift:    | Org. no.           |
|-------------------------|---------------------|------------------------|------------------|-----------|--------------------|
| Langflåtvn. 5, Mariero  | P.O. Box 218        | General:  47 915 02 002 | 47 51 58 21 53   | SPRONO22  | NO 937 895 321 mva |
| N-4017 STAVANGER        | N-4001 STAVANGER    | Direct:   47 51 53 53 97 |                  |           | Reuter dealing     |
|                         |                     | www.sr-bank.no         |                  |           | Spro               |

**SpareBank 1 SR-Bank**

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF.  BF05060900006001                                    DATO 2005.06.09

K R E D I T O P P G A V E

| OPPRINNELIG/OPPDRAGSBELØP | | USD | 238.864,80 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,00 |
| BELØP MOTTATT | | USD | 238.852,80 |
| KURS | | | 100,0 |
| MOTVERDI | | USD | 238.852,80 |
| ' 'E OMKOSTNINGER | AKKUM: | USD | 15,58 |
| ' 'AL BELØP KREDITERT | | USD | 238.852,80 |

VI HAR KREDITERT DERES KONTO NR.                              3185.05.30427
VALUTERINGSDATO                                                 2005.06.09

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:
                                        NDEAUS3N
ECO SHIPPING                            MERITA BANK LTD.
C/O EASTWIND INVESTMENT                 437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200           FLOOR 22
NEW YORK, NY 1002                       NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000192049
REF:THORGULL MAY DISTRIBUTION 2005

TRANSAKSJONEN VIL BLI RAPPORTERT TIL VALUTAREGISTERET I TOLL OG
AVGIFTSDIREKTORATET.


GEBYR BELASTES ETTER AVTALE

               DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

'-'NNLIG HILSEN
  :REBANKEN ROGALAND

---

**Sparebanken Rogaland - Foreign Payments**

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
| Langgt.vn. 5, Marievo | P.O. Box 218 | General:  47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct:    47 51 53 53 97 | | | Reuter dealing |
| | | www.sr-bank.no | | | Spro |

**SpareBank 1 SR-Bank**

1 4 JUL 2005
MOTTATT

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF05071200005001                        DATO 2005.07.12

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 197.485,89 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,00 |
| BELØP MOTTATT | | USD | 197.473,89 |
| KURS | | | 100,0 |
| MOTVERDI | | USD | 197.473,89 |
| VÅRE OMKOSTNINGER | AKKUM: | USD | 15,16 |
| ∟ BELØP KREDITERT | | USD | 197.473,89 |

VI HAR KREDITERT DERES KONTO NR.                 3185.05.30427
VALUTERINGSDATO                                  2005.07.12

OPPDRAGSGIVER:                    OPPDRAGSGIVERS BANK:
                                  NDEAUS3N
ECO SHIPPING                      MERITA BANK LTD.
C/O EASTWIND INVESTMENT           437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200     FLOOR 22
NEW YORK, NY 1002                 NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000198158
REF:THORGULL JUNE 2005 DISTRIBUTION

TRANSAKSJONEN VIL BLI RAPPORTERT TIL VALUTAREGISTERET I TOLL OG
AVGIFTSDIREKTORATET.

GEBYR BELASTES ETTER AVTALE

             DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
   REBANKEN ROGALAND

---

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | | | Reuter dealing |
| | | | www.sr-bank.no | | Spro |

# SpareBank 1 SR-Bank

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF05081000006001                                    DATO 2005.08.10

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 166.559,79 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,00 |
| BELØP MOTTATT | | USD | 166.547,79 |
| KURS | | | 100,0 |
| MOTVERDI | | USD | 166.547,79 |
| VÅRE OMKOSTNINGER | AKKUM: | USD | 15,63 |
| ... BELØP KREDITERT | | USD | 166.547,79 |

VI HAR KREDITERT DERES KONTO NR.                            3185.05.30427
VALUTERINGSDATO                                              2005.08.10

OPPDRAGSGIVER:                        OPPDRAGSGIVERS BANK:
                                      NDEAUS3N
ECO SHIPPING                          MERITA BANK LTD.
C/O EASTWIND INVESTMENT               437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200         FLOOR 22
NEW YORK, NY 1002                     NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000203871
REF:THORGULL JULY DISTRIBUTION 2005

TRANSAKSJONEN VIL BLI RAPPORTERT TIL VALUTAREGISTERET I TOLL OG
AVGIFTSDIREKTORATET.

GEBYR BELASTES ETTER AVTALE

                    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
f  REBANKEN ROGALAND

| Firma: | Godkjent: | Dato: | Kurs: | Bilag: |
|---|---|---|---|---|
| | Debetkonto: | Kreditkonto: | Mva | Val |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | | | Reuter dealing |
| | | | www.sr-bank.no | | Spro |

SpareBank **1** SR-Bank

1 2 SEPT 2005
MOTTATT

TØNNEVOLD REEFER 4 KS
P.B. 115

4891 GRIMSTAD

VÅR REF. BF05090800006001                          DATO 2005.09.08

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 156.700,79 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,0 |
| BELØP MOTTATT | | USD | 156.688,79 |
| KURS | | | 100,0 |
| MOTVERDI | | USD | 156.688,79 |
| VÅRE OMKOSTNINGER | AKKUM: | USD | 15,95 |
| TOTAL BELØP KREDITERT | | USD | 156.688,79 |

VI HAR KREDITERT DERES KONTO NR.                   3185.05.30427
VALUTERINGSDATO                                     2005.09.08

OPPDRAGSGIVER:                    OPPDRAGSGIVERS BANK:
                                  NDEAUS3N
ECO SHIPPING                      MERITA BANK LTD.
C/O EASTWIND INVESTMENT           437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200     FLOOR 22
NEW YORK, NY 1002                 NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000209230
REF:THORGULL AUG 2005 DISTRIBUTION

TRANSAKSJONEN VIL BLI RAPPORTERT TIL VALUTAREGISTERET I TOLL OG
AVGIFTSDIREKTORATET.

GEBYR BELASTES ETTER AVTALE

              DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langgåtvn. 5, Mariero | P.O. Box 218 | General:  47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct:  47 51 53 53 97 | | | Reuter dealing |
| | | www.sr-bank.no | | | Spro |

**SpareBank 1 SR-Bank**

TØNNEVOLD REEFER 4 KS
POSTBOKS 115

4891 GRIMSTAD

VÅR REF. BF05101300007001                          DATO 2005.10.13

K R E D I T O P P G A V E

| OPPRINNELIG/OPPDRAGSBELØP | | USD | 181.323,18 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,0 |
| BELØP MOTTATT | | USD | 181.311,18 |
| KURS | | | 100,0 |
| I VERDI | | USD | 181.311,18 |
| VARE OMKOSTNINGER | AKKUM: | USD | 15,29 |
| TOTAL BELØP KREDITERT | | USD | 181.311,18 |

VI HAR KREDITERT DERES KONTO NR.                   3185.05.30427
VALUTERINGSDATO                                    2005.10.13

OPPDRAGSGIVER:                    OPPDRAGSGIVERS BANK:
                                  NDEAUS3N
ECO SHIPPING                      MERITA BANK LTD.
C/O EASTWIND INVESTMENT           437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200     FLOOR 22
NEW YORK, NY 1002                 NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000216152
REF:THORGULL SEPT DISTRIBUTION 2005

TRANSAKSJONEN VIL BLI RAPPORTERT TIL VALUTAREGISTERET I TOLL OG
AVGIFTSDIREKTORATET.


GEBYR BELASTES ETTER AVTALE

                DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

| Address: | Postal address: | Telephone: | | Telefax: | Swift: | Org. no. |
| Langflåevn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | | | | Reuter dealing |
| | | www.sr-bank.no | | | | Spro |

## SpareBank 1 SR-Bank

TØNNEVOLD REEFER 4 KS
C/O PARETE MANAGEMENT AS
DRONNING MAUDSGATE 3
0250 OSLO

VÅR REF. BF05110900008001                          DATO 2005.11.09

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 95.417,06 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,00 |
| BELØP MOTTATT | | USD | 95.405,06 |
| K..S | | | 100,0 |
| N. VERDI | | USD | 95.405,06 |
| VÅRE OMKOSTNINGER | AKKUM: | USD | 15,06 |
| TOTAL BELØP KREDITERT | | USD | 95.405,06 |

VI HAR KREDITERT DERES KONTO NR.                   3185.05.30427
VALUTERINGSDATO                                       2005.11.09

OPPDRAGSGIVER:                    OPPDRAGSGIVERS BANK:
                                  NDEAUS3N
ECO SHIPPING                      MERITA BANK LTD.
C/O EASTWIND INVESTMENT           437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200     FLOOR 22
NEW YORK, NY 1002                 NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000221708
REF:THORGULL OCT 2005 DISTRIBUTION

GEBYR BELASTES ETTER AVTALE

             DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
S  REBANKEN ROGALAND

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | www.sr-bank.no | | Reuter dealing |
| | | | | | Spro |

# SpareBank **1** SR-Bank

```
         TØNNEVOLD REEFER 4 KS
         C/O PARETO MANAGEMENT AS
         DRONNING MAUDSGATE 3
         0250 OSLO
```

VÅR REF. BF05120800003001                          DATO 2005.12.08


K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 136.864,04 |
| ANDRE BANKERS OMKOSTNINGER | | NOK | 0,00 |
| BELØP MOTTATT | | USD | 136.864,04 |
| KURS | | | 100,0 |
| MOTVERDI | | USD | 136.864,04 |
| VÅRE OMKOSTNINGER | AKKUM: | USD | 14,72 |
| TAL BELØP KREDITERT | | USD | 136.864,04 |

```
VI HAR KREDITERT DERES KONTO NR.                   3185.05.30427
VALUTERINGSDATO                                     2005.12.08
```

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:

```
ECO SHIPPING                            SWF/NDEAUS3NXXX
C/O EASTWIND INVESTMENT                  NORDEA BANK NEW YO
444 MADISON AVENUE, SUITE 200
NEW YORK, NY 1002

BETALINGEN GJELDER:
REF:THORGULL NOV 2005 DISTRIBUTION
BNY CUST RRN - WT0000227645
```


GEBYR BELASTES ETTER AVTALE

                  DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR


VENNLIG HILSEN
SPAREBANKEN ROGALAND

---

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | Direct: 47 51 53 53 97 | | | Reuter dealing |
| | | | www.sr-bank.no | | Spro |

# SpareBank 1  SR-Bank

TØNNEVOLD REEFER 4 KS
O.T.TØNNEVOLD AS
POSTBOKS 115
4891 GRIMSTAD

VÅR REF. BF06011300005001                                    DATO 2006.01.13

K R E D I T O P P G A V E

| | | |
|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 175.177,13 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 175.165,13 |
| KURS | | 100,0 |
| MOTVERDI | USD | 175.165,13 |
| VÅRE OMKOSTNINGER | AKKUM: USD | 15,01 |
| TOTAL BELØP KREDITERT | USD | 175.165,13 |

VI HAR KREDITERT DERES KONTO NR.                            3185.05.30427
VALUTERINGSDATO                                              2006.01.13

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:
                                        NDEAUS3N
ECO SHIPPING                            MERITA BANK LTD.
C/O EASTWIND INVESTMENT                 437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200           FLOOR 22
NEW YORK, NY 1002                       NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000234937
REF:THORGULL DISTRIBUTION 2005 DEC

GEBYR BELASTES ETTER AVTALE

              DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND



## Sparebanken Rogaland - Foreign Payments

**Address:**
Langflåtvn. 5, Mariero
N-4017 STAVANGER

**Postal address:**
P.O. Box 218
N-4001 STAVANGER

**Telephone:**
General: 47 915 02 002

**Telefax:**
47 51 58 21 53

www.sr-bank.no

**Swift:**
SPRONO22

**Org. no.**
NO 937 895 321 mva.
**Reuter dealing**
Spro

# SpareBank 1 SR-Bank

TØNNEVOLD REEFER 7 KS
C/O O. T. TØNNEVOLD AS
POSTBOKS 115
4891 GRIMSTAD

VÅR REF. BF06022000001001                                    DATO 2006.02.20

K R E D I T O P P G A V E

| | | |
|---|---|---:|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 149.566,00 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 149.554,00 |
| KURS | | 100,0 |
| MOTVERDI | USD | 149.554,00 |
| ' .E OMKOSTNINGER | USD | 14,70 |
| TOTAL BELØP KREDITERT | USD | 149.539,30 |

VI HAR KREDITERT DERES KONTO NR.                            3185.05.33922
VALUTERINGSDATO                                             2006.02.21

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:
                                        NDEAUS3N
ECO SHIPPING                            MERITA BANK LTD.
C/O EASTWIND INVESTMENT                 437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200           FLOOR 22
NEW YORK, NY 1002                       NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000242382
REF:THORGULL DISTRIBUTION JAN 06


                    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | | www.sr-bank.no | | Reuter dealing Spro |



**SpareBank 1 SR-Bank**



1 6 MAR 2006

```
TØNNEVOLD REEFER 7 KS
C/O O. T. TØNNEVOLD AS
POSTBOKS 115
4891 GRIMSTAD
```

VÅR REF. BF06031400005001                                    DATO 2006.03.14

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 160.375,48 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,00 |
| BELØP MOTTATT | | USD | 160.363,48 |
| KURS | | | 100,0 |
| MOTVERDI | | USD | 160.363,48 |
| VÅRE OMKOSTNINGER | AKKUM: | USD | 14,94 |
| TAL BELØP KREDITERT | | USD | 160.363,48 |

VI HAR KREDITERT DERES KONTO NR.                             3185.05.33922
VALUTERINGSDATO                                              2006.03.14

```
OPPDRAGSGIVER:                    OPPDRAGSGIVERS BANK:
                                  NDEAUS3N
ECO SHIPPING                      MERITA BANK LTD.
C/O EASTWIND INVESTMENT           437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200     FLOOR 22
NEW YORK, NY 1002                 NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000246815
REF:THORGULL DISTRIBUTION FEB 06
```

GEBYR BELASTES ETTER AVTALE

           DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

```
VENNLIG HILSEN
SPAREBANKEN ROGALAND
```

---

**Sparebanken Rogaland - Foreign Payments**

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | | | | Reuter dealing |
| | | | www.sr-bank.no | | Spro |

# SpareBank 1 SR-Bank

TØNNEVOLD REEFER 7 KS
C/O O. T. TØNNEVOLD AS
POSTBOKS 115
4891 GRIMSTAD

VÅR REF.  BF06041800080003                           DATO 2006.04.18

K R E D I T O P P G A V E

| | | |
|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | USD | 275.236,55 |
| ANDRE BANKERS OMKOSTNINGER | USD | 12,00 |
| BELØP MOTTATT | USD | 275.224,55 |
| KURS | | 1,0000 |
| MOTVERDI | USD | 275.224,55 |
| VÅRE OMKOSTNINGER      AKKUM: | USD | 15,47 |
| ᵀAL BELØP KREDITERT | USD | 275.224,55 |

VI HAR KREDITERT DERES KONTO NR.                        3185.05.33922
VALUTERINGSDATO                                         2006.04.18

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:
                                        NDEAUS3N
ECO SHIPPING                            MERITA BANK LTD.
C/O EASTWIND INVESTMENT                 437 MADISON AVENUE
444 MADISON AVENUE, SUITE 2             FLOOR 22
NEW YORK, NY 1002                       NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000253336
REF:THORGULL DISTRIBUTION MARCH
2006


GEBYR BELASTES ETTER AVTALE

          DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR


VENNLIG HILSEN
SPAREBANKEN ROGALAND

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | | www.sr-bank.no | | Reuter dealing |
| | | | | | Spro |

## SpareBank 1 SR-Bank

```
        TØNNEVOLD REEFER 7 KS
        C/O O. T. TØNNEVOLD AS
        POSTBOKS 115
        4891 GRIMSTAD


VÅR REF. BF06051500005001                        DATO 2006.05.15


   K R E D I T O P P G A V E

OPPRINNELIG/OPPDRAGSBELØP                 USD        130.015,34
ANDRE BANKERS OMKOSTNINGER                USD             12,00
BELØP MOTTATT                             USD        130.003,34
KURS                                                     1,0000
MOTVERDI                                  USD        130.003,34
VÅRE OMKOSTNINGER              AKKUM:      USD             16,61
TOTAL BELØP KREDITERT                      USD        130.003,34

VI HAR KREDITERT DERES KONTO NR.                  3185.05.33922
VALUTERINGSDATO                                      2006.05.15


OPPDRAGSGIVER:                    OPPDRAGSGIVERS BANK:
                                  NDEAUS3N
ECO SHIPPING                      MERITA BANK LTD.
C/O EASTWIND INVESTMENT           437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200     FLOOR 22
NEW YORK, NY 1002                 NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000258966
REF:THORGULL DISTRIBUTION APRIL06
/OWNERS EXPS


GEBYR BELASTES ETTER AVTALE

          DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR


VENNLIG HILSEN
SPAREBANKEN ROGALAND
```

| Address: | Postal address: | Telephone | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General  47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | | www.sr-bank.no | | Reuter dealing Spro |

# SpareBank 1 SR-Bank

TØNNEVOLD REEFER 7 KS
C/O O. T. TØNNEVOLD AS
POSTBOKS 115
4891 GRIMSTAD

VÅR REF. BF06060900004001                                DATO 2006.06.09

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 205.585,58 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,00 |
| BELØP MOTTATT | | USD | 205.573,58 |
| KURS | | | 1,0000 |
| MOTVERDI | | USD | 205.573,58 |
| VÅRE OMKOSTNINGER | AKKUM: | USD | 16,28 |
| TOTAL BELØP KREDITERT | | USD | 205.573,58 |

VI HAR KREDITERT DERES KONTO NR.                          3185.05.33922
VALUTERINGSDATO                                           2006.06.09

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:
                                        NDEAUS3N
ECO SHIPPING                            MERITA BANK LTD.
C/O EASTWIND INVESTMENT                 437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200           FLOOR 22
NEW YORK, NY 1002                       NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000263650
REF:THORGULL DISTRIBUTION MAY06

GEBYR BELASTES ETTER AVTALE

                DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General:  47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | | www.sr-bank.no | | Reuter dealing |
| | | | | | Spro |

**SpareBank 1 SR-Bank**

```
TØNNEVOLD REEFER 7 KS
C/O O. T. TØNNEVOLD AS
POSTBOKS 115
4891 GRIMSTAD
```

VÅR REF. BF06071200003001                          DATO 2006.07.12

K R E D I T O P P G A V E

| | | | |
|---|---|---|---:|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 175.458,07 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,00 |
| BELØP MOTTATT | | USD | 175.446,07 |
| KURS | | | 1,0000 |
| MOTVERDI | | USD | 175.446,07 |
| ▪ ▪E OMKOSTNINGER | AKKUM: | USD | 15,90 |
| ▪ ▪AL BELØP KREDITERT | | USD | 175.446,07 |

VI HAR KREDITERT DERES KONTO NR.                      3185.05.33922
VALUTERINGSDATO                                          2006.07.12

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:
                                        NDEAUS3N
ECO SHIPPING                            MERITA BANK LTD.
C/O EASTWIND INVESTMENT                 437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200           FLOOR 22
NEW YORK, NY 1002                       NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000268984
REF:THORGULL DISTRIBUTION JUNE 06

GEBYR BELASTES ETTER AVTALE

          DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

**Sparebanken Rogaland - Foreign Payments**

| Address:<br>Langflåvn. 5, Mariero<br>N-4017 STAVANGER | Postal address:<br>P.O. Box 218<br>N-4001 STAVANGER | Telephone:<br>General: 47 915 02 002 | Telefax:<br>47 51 58 21 53<br><br>www.sr-bank.no | Swift:<br>SPRONO22 | Org. no.<br>NO 937 895 321 mva<br>Reuter dealing<br>Spro |

# SpareBank 1 SR-Bank

16 AUG 2006
MOTTATT

TØNNEVOLD REEFER 7 KS
C/O O. T. TØNNEVOLD AS
POSTBOKS 115
4891 GRIMSTAD

VÅR REF. BF06081400005001                    DATO 2006.08.14

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 159.702,88 |
| ANDRE BANKERS OMKOSTNINGER | | USD | 12,00 |
| BELØP MOTTATT | | USD | 159.690,88 |
| KURS | | | 1,0000 |
| MOTVERDI | | USD | 159.690,88 |
| VÅRE OMKOSTNINGER | AKKUM: | USD | 16,06 |
| TOTAL BELØP KREDITERT | | USD | 159.690,88 |

VI HAR KREDITERT DERES KONTO NR.                3185.05.33922
VALUTERINGSDATO                                 2006.08.14

OPPDRAGSGIVER:                    OPPDRAGSGIVERS BANK:
                                  NDEAUS3N
ECO SHIPPING                      MERITA BANK LTD.
C/O EASTWIND INVESTMENT           437 MADISON AVENUE
444 MADISON AVENUE, SUITE 200     FLOOR 22
NEW YORK, NY 1002                 NEW YORK, NY

BETALINGEN GJELDER:
/RFB/WT0000274238
REF:THORGULL DISTRIBUTION JUL 06

GEBYR BELASTES ETTER AVTALE

          DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

---

## Sparebanken Rogaland - Foreign Payments

| Address: | Postal address: | Telephone: | Telefax: | Swift: | Org. no. |
|---|---|---|---|---|---|
| Langflåtvn. 5, Mariero | P.O. Box 218 | General: 47 915 02 002 | 47 51 58 21 53 | SPRONO22 | NO 937 895 321 mva |
| N-4017 STAVANGER | N-4001 STAVANGER | | | | Reuter dealing |
| | | www.sr-bank.no | | | Spro |

# SpareBank 1 SR-Bank

TØNNEVOLD REEFER 7 KS
C/O O. T. TØNNEVOLD AS
POSTBOKS 115
4891 GRIMSTAD

VÅR REF. BF06091300004001                              DATO 2006.09.13

K R E D I T O P P G A V E

| | | | |
|---|---|---|---:|
| OPPRINNELIG/OPPDRAGSBELØP | | USD | 173.321,59 |
| ANDRE BANKERS OMKOSTNINGER | | NOK | 0,00 |
| BELØP MOTTATT | | USD | 173.321,59 |
| KURS | | | 1,0000 |
| MOTVERDI | | USD | 173.321,59 |
| VÅRE OMKOSTNINGER | AKKUM: | USD | 15,31 |
| TOT   BELØP KREDITERT | | USD | 173.321,59 |

\   HAR KREDITERT DERES KONTO NR.                        3185.05.33922
VALUTERINGSDATO                                          2006.09.13

OPPDRAGSGIVER:                          OPPDRAGSGIVERS BANK:

ECO SHIPPING                            SWF/NDEAUS3NXXX
C/O EASTWIND INVESTMENT                 NORDEA BANK NEW YO
444 MADISON AVENUE, SUITE 200
NEW YORK, NY 1002

BETALINGEN GJELDER:
REF:THORGULL DISTRIBUTION AUG 2006
BNY CUST RRN - WT0000278639


GEBYR BELASTES ETTER AVTALE

            DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

VENNLIG HILSEN
SPAREBANKEN ROGALAND

## Sparebanken Rogaland - Foreign Department

```
                          C5E   MC
```

# SpareBank 1 SR-Bank

Dato 19.10.2006
Sidenr. 1

00989025163

Organisasjonsnr. NO 937895321

000470     3229

Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS
Postboks 115
4891 GRIMSTAD

SpareBank 1 SR-Bank
Postboks 218

4001 STAVANGER     MOTTATT

2 6 Ukt 2006

Vår ref. BF06101800005001

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| Opprinnelig/oppdragsbeløp | | USD | 140.042,92 |
| Andre bankers omkostninger | | USD | 12,00 |
| Beløp mottatt | | USD | 140.030,92 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 140.030,92 |
| Våre omkostninger | Akkum: | USD | 14,77 |
| Total beløp kreditert | | USD | 140.030,92 |

Vi har kreditert deres konto nr.     3185.05.33922
Valuteringsdato     2006.10.19

Oppdragsgiver:

Eco Shipping
C/o Eastwind Investment
444 Madison Avenue, Suite 200
New York, Ny 1002

Oppdragsgivers bank:
NDEAUS3N
Merita Bank Ltd.
437 Madison Avenue
Floor 22
New York, Ny

Betalingen gjelder:
/rfb/wt0000283066
Ref:thorgull Sept2006 Distribution

GEBYR BELASTES ETTER AVTALE

DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANKEN ROGALAND

542

C3E    MC

# SpareBank **1** SR-Bank

Dato 16.11.2006
Sidenr. 1

00989025163

Organisasjonsnr. NO 937895321

000371     3229
Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS
Postboks 115
4891 GRIMSTAD

**MOTTATT**

**2 3 NOV 2006**

SpareBank 1 SR-Bank
Postboks 218

4001 STAVANGER

Vår ref. BF06111500731001

## K R E D I T O P P G A V E

| | | |
|---|---|---|
| Opprinnelig/oppdragsbeløp | USD | 197.256,32 |
| Andre bankers omkostninger | USD | 12,00 |
| Beløp mottatt | USD | 197.244,32 |
| Kurs | | 1,0000 |
| Motverdi | USD | 197.244,32 |
| Våre omkostninger | Akkum: USD | 15,52 |
| Total beløp kreditert | USD | 197.244,32 |
| | | |
| Vi har kreditert deres konto nr. | | 3185.05.33922 |
| Valuteringsdato | | 2006.11.16 |

Oppdragsgiver:

Eco Shipping
C/o Eastwind Investment
444 Madison Avenue, Suite 200
New York, Ny 1002

Oppdragsgivers bank:
NDEAUS3N
Merita Bank Ltd.
437 Madison Avenue
Floor 22
New York, Ny

Betalingen gjelder:
/rfb/wt0000286302
Ref:thorgull Distribution Oct06

GEBYR BELASTES ETTER AVTALE

DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANKEN ROGALAND

6 417.

SpareBank **1** SR-Bank

Dato 11.12.2006
Sidenr. 1

00989025163

Organisasjonsnr. NO 937895321

000967          3229

Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS
Postboks 115
4891 GRIMSTAD

SpareBank 1 SR-Bank
Postboks 218

4001 STAVANGER

2 0 DES 2006

MOTTATT

Vår ref. BF06120800007001

K R E D I T O P P G A V E

| | | | |
|---|---|---|---:|
| Opprinnelig/oppdragsbeløp | | USD | 194.175,82 |
| Andre bankers omkostninger | | USD | 12,00 |
| Beløp mottatt | | USD | 194.163,82 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 194.163,82 |
| Våre omkostninger | Akkum: | USD | 16,38 |
| Total beløp kreditert | | USD | 194.163,82 |

Vi har kreditert deres konto nr.                                   3185.05.33922
Valuteringsdato                                                      2006.12.11

Oppdragsgiver:

Eco Shipping
C/o Eastwind Investment
444 Madison Avenue, Suite 200
New York, Ny 1002

Oppdragsgivers bank:
NDEAUS3N
Merita Bank Ltd.
437 Madison Avenue
Floor 22
New York, Ny

Betalingen gjelder:
/rfb/wt0000288415
Ref:thorgull Distribution Nov 2006

GEBYR BELASTES ETTER AVTALE

DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANKEN ROGALAND





CIB     MC

# SpareBank 1 SR-Bank

Dato 09.01.2007
Sidenr. 1                              00989025163        Organisasjonsnr. NO 937895321

    000312          3229
Tønnevold Reefer 7 KS                               SpareBank 1 SR-Bank          MOTTATT
c/o O. T. Tønnevold AS                              Postboks 250
Postboks 115                                                                    17 JAN 2007
4891 GRIMSTAD                                       4066 STAVANGER

Vår ref. BF07010800002001

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| Opprinnelig/oppdragsbeløp | | USD | 260.559,31 |
| Andre bankers omkostninger | | USD | 0,00 |
| Beløp mottatt | | USD | 260.559,31 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 260.559,31 |
| Våre omkostninger | Akkum: | USD | 15,78 |
| Total beløp kreditert | | USD | 260.559,31 |

Vi har kreditert deres konto nr.                                      3185.05.33922
Valuteringsdato                                                       2007.01.09

Oppdragsgiver:                              Oppdragsgivers bank:

Eastwind Maritime S.a.                      Swf/ndeaus3nxxx
C/o Eastwind Investment
444 Madison Avenue, Suite 200
New York, Ny 1002

Betalingen gjelder:
Ref:thorgull Hire 12/20/2006-1/19/2
007
Bny Cust Rrn - Wt0000290561

GEBYR BELASTES ETTER AVTALE

    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANKEN ROGALAND

O4E     MC

## SpareBank 1 SR-Bank

Dato 23.01.2007
Sidenr. 1                              00989025163          Organisasjonsnr. NO 937895321

                                  3229

Tønnevold Reefer 7 KS                                      SpareBank 1 SR-Bank
c/o O. T. Tønnevold AS                                     Postboks 250
Postboks 115
4891 GRIMSTAD                                              4066 STAVANGER


Vår ref. BF07012200004001


K R E D I T O P P G A V E

| | | | |
|---|---|---|---:|
| Opprinnelig/oppdragsbeløp | | USD | 116.324,12 |
| Andre bankers omkostninger | | USD | 12,00 |
| Beløp mottatt | | USD | 116.312,12 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 116.312,12 |
| Våre omkostninger | Akkum: | USD | 15,48 |
| Total beløp kreditert | | USD | 116.312,12 |

Vi har kreditert deres konto nr.                                    3185.05.33922
Valuteringsdato                                                     2007.01.23


Oppdragsgiver:                                  Oppdragsgivers bank:
                                                NDEAUS3N
Eco Shipping                                    Merita Bank Ltd.
C/o Eastwind Investment                         437 Madison Avenue
444 Madison Avenue, Suite 200                   Floor 22
New York, Ny 1002                               New York, Ny


Betalingen gjelder:
/rfb/wt0000291621
Ref:thorgull Distribution Dec 06



GEBYR BELASTES ETTER AVTALE

        DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANKEN ROGALAND

C5E    MC

**SpareBank 1 SR-Bank**

Dato 23.01.2007
Sidenr. 1                                     00989025163     Organisasjonsnr. NO 937895321     MOTTATT

      000474          3229
Tønnevold Reefer 7 KS                              SpareBank 1 SR-Bank                    ?? JAN 2007
c/o O. T. Tønnevold AS                             Postboks 250
Postboks 115
4891 GRIMSTAD                                      4066 STAVANGER

Vår ref. BF07012200003001

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| Opprinnelig/oppdragsbeløp | | USD | 177.496,90 |
| Andre bankers omkostninger | | USD | 12,00 |
| Beløp mottatt | | USD | 177.484,90 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 177.484,90 |
| Våre omkostninger | Akkum: | USD | 15,48 |
| Total beløp kreditert | | USD | 177.484,90 |

Vi har kreditert deres konto nr.                                    3185.05.33922
Valuteringsdato                                                     2007.01.23

Oppdragsgiver:                              Oppdragsgivers bank:
                                            NDEAUS3N
Eastwind Maritime S.a.                      Merita Bank Ltd.
C/o Eastwind Investment                     437 Madison Avenue
444 Madison Avenue, Suite 200               Floor 22
New York, Ny 1002                           New York, Ny

Betalingen gjelder:
/rfb/wt0000291626
Ref:thorgull 1/19/7 To 2/15/7 Hire
(242,223.35) /thorgull12/20/6 -1
/19/7hireinv4/2006(bal)

GEBYR BELASTES ETTER AVTALE

        DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANKEN ROGALAND

598

C7E    MC

**SpareBank 1 SR-Bank**

Dato 01.03.2007
Sidenr. 1                                    00989025163        *Organisasjonsnr. NO 937895321*

     005532          3229
Tønnevold Reefer 7 KS                                          SpareBank 1 SR-Bank        MOTTATT
c/o O. T. Tønnevold AS                                         Postboks 250
Postboks 115                                                                              1 2 MAR 2007
4891 GRIMSTAD                                                  4066 STAVANGER

Vår ref. BF07022800784001

K R E D I T O P P G A V E

| | | | |
|---|---|---|---:|
| Opprinnelig/oppdragsbeløp | | USD | 260.269,38 |
| Andre bankers omkostninger | | USD | 0,00 |
| Beløp mottatt | | USD | 260.269,38 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 260.269,38 |
| Våre omkostninger | Akkum: | USD | 16,24 |
| Total beløp kreditert | | USD | 260.269,38 |

Vi har kreditert deres konto nr.                                              3185.05.33922
Valuteringsdato                                                               2007.03.01

Oppdragsgiver:                                     Oppdragsgivers bank:

*Eastwind Maritime S.a.*                            Swf/ndeaus3nxxx
*C/o Eastwind Investment*
*444 Madison Avenue, Suite 200*
*New York, Ny 1002*

Betalingen gjelder:
Ref:thorgull 2/15/7 To 3/17/07
Bny Cust Rrn - Wt0000293519

GEBYR BELASTES ETTER AVTALE

    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK

C7E    MC

**SpareBank 1 SR-Bank**

Dato 20.03.2007
Sidenr. 1                          00989025163        Organisasjonsnr. NO 937895321

010560        3229
Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS                    SpareBank 1 SR-Bank        MOTTATT
Postboks 115                              Postboks 250
4891 GRIMSTAD                                                       2 8 MAR 2007
                                          4066 STAVANGER

Vår ref. BF07031900001001

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| Opprinnelig/oppdragsbeløp | | USD | 379.731,66 |
| ●eløp mottatt | | USD | 379.731,66 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 379.731,66 |
| Våre omkostninger | Akkum: | USD | 16,39 |
| Total beløp kreditert | | USD | 379.731,66 |

Vi har kreditert deres konto nr.                          3185.05.33922
Valuteringsdato                                           2007.03.20

Oppdragsgiver:                            Oppdragsgivers bank:

Eastwind Maritime S.a.                    Swf/ndeaus3nxxx
C/o Eastwind Investment
444 Madison Avenue, Suite 200
New York, Ny 1002

●etalingen gjelder:
Ref:thorgull1/19to 4/16/7
Bny Cust Rrn - Wt0000294120

GEBYR BELASTES ETTER AVTALE

        DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK

11292



SpareBank 1 SR-Bank

Dato 15.05.2007
Sidenr. 1                                    00989025163          Organisasjonsnr. NO 937895321

    005386          3229
Tønnevold Reefer 7 KS                                            SpareBank 1 SR-Bank
c/o O. T. Tønnevold AS                                           Postboks 250
Postboks 115
4891 GRIMSTAD                                                    4066 STAVANGER

Vår ref. BF07051400005001

K R E D I T O P P G A V E

| | | | |
|---|---|---|---:|
| Opprinnelig/oppdragsbeløp | | USD | 275.221,70 |
| Andre bankers omkostninger | | USD | 12,00 |
| Beløp mottatt | | USD | 275.209,70 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 275.209,70 |
| Våre omkostninger | Akkum: | USD | 16,47 |
| Total beløp kreditert | | USD | 275.209,70 |

Vi har kreditert deres konto nr.                                 3185.05.33922
Valuteringsdato                                                  2007.05.15

Oppdragsgiver:                                  Oppdragsgivers bank:
                                                NDEAUS3N
Eastwind Maritime S.a.                          Merita Bank Ltd.
C/o Eastwind Investment                         437 Madison Avenue
444 Madison Avenue, Suite 200                   Floor 22
New York, Ny 1002                               New York, Ny

Betalingen gjelder:
/rfb/wt0000295545
Ref:thorgull 4/16/7-5/19/7(108
783.34)(41413.29)(125248.80)an
Dbiehl:thorbjorg8athou(-223.73

GEBYR BELASTES ETTER AVTALE

    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK



C3B    MC

## SpareBank 1 SR-Bank

Dato 22.05.2007
Sidenr. 1                              00989025163        Organisasjonsnr. NO 937895321

     003582        3229                              MOTTATT
Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS                          SpareBank 1 SR-Bank            3 1 MAI 2007
Postboks 115                                    Postboks 250
4891 GRIMSTAD
                                                4066 STAVANGER

Vår ref. BF07052100003001

K R E D I T O P P G A V E

| | | | |
|---|---|---|---:|
| Opprinnelig/oppdragsbeløp | | USD | 121.330,10 |
| Andre bankers omkostninger | | USD | 0,00 |
| Beløp mottatt | | USD | 121.330,10 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 121.330,10 |
| Våre omkostninger | Akkum: | USD | 16,49 |
| Total beløp kreditert | | USD | 121.330,10 |

Vi har kreditert deres konto nr.                                3185.05.33922
Valuteringsdato                                                 2007.05.22

Oppdragsgiver:                          Oppdragsgivers bank:

Eastwind Maritime S.a.                  Swf/ndeaus3nxxx
C/o Eastwind Investment
444 Madison Avenue, Suite 200
New York, Ny 1002

Betalingen gjelder:
Ref:thorgull 5/19/7 To 6/3/7
Bny Cust Rrn - Wt0000295599

GEBYR BELASTES ETTER AVTALE

    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK

3883

C1E    MC

**SpareBank 1 SR-Bank**

Dato 06.06.2007
Sidenr. 1                                    00989025163        Organisasjonsnr. NO 937895321

003285        3229
Tønnevold Reefer 7 KS                                          SpareBank 1 SR-Bank
c/o O. T. Tønnevold AS                                         Postboks 250
Postboks 115
4891 GRIMSTAD                                                  4066 STAVANGER

Vår ref. BF07060500632001

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| Opprinnelig/oppdragsbeløp | | USD | 101.757,82 |
| Andre bankers omkostninger | | USD | 0,00 |
| Beløp mottatt | | USD | 101.757,82 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 101.757,82 |
| Våre omkostninger | Akkum: | USD | 16,69 |
| Total beløp kreditert | | USD | 101.757,82 |

Vi har kreditert deres konto nr.                               3185.05.33922
Valuteringsdato                                                2007.06.06

Oppdragsgiver:                                Oppdragsgivers bank:

Eastwind Maritime S.a.                        Swf/ndeaus3nxxx
C/o Eastwind Investment
444 Madison Avenue, Suite 200
New York, Ny 1002

Betalingen gjelder:
Ref.thorgull Hire Payment From
06/03/07 To 06/18/07
Bny Cust Rrn - Wt0000295724

GEBYR BELASTES ETTER AVTALE

DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK

3675

C3B    MC

# SpareBank 1 SR-Bank

Dato 06.07.2007
Sidenr. 1

00989025163

Organisasjonsnr. NO 937895321

003348          3229
Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS
Postboks 115
4891 GRIMSTAD

SpareBank 1 SR-Bank
Postboks 250

4066 STAVANGER

Vår ref. BF07070400007001

## K R E D I T O P P G A V E

| | | | |
|---|---|---|---:|
| Opprinnelig/oppdragsbeløp | | USD | 66.238,61 |
| Andre bankers omkostninger | | USD | 12,00 |
| Beløp mottatt | | USD | 66.226,61 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 66.226,61 |
| Våre omkostninger | Akkum: | USD | 17,12 |
| Total beløp kreditert | | USD | 66.226,61 |

Vi har kreditert deres konto nr.                                    3185.05.33922
Valuteringsdato                                                          2007.07.06

Oppdragsgiver:

Eastwind Maritime S.a.
C/o Eastwind Investment
444 Madison Avenue, Suite 200
New York, Ny 10022

Oppdragsgivers bank:
NDEAUS3N
Merita Bank Ltd.
437 Madison Avenue
Floor 22
New York, Ny

Betalingen gjelder:
/rfb/wp0000047891
Ref:thorgull Hire 7/3/07 To 7/18/7

GEBYR BELASTES ETTER AVTALE

DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK

3666

C1E    MC

## SpareBank 1 SR-Bank

Dato 19.06.2007
Sidenr. 1

00989025163

Organisasjonsnr. NO 937895321

    007537    3229
Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS
Postboks 115
4891 GRIMSTAD

SpareBank 1 SR-Bank
Postboks 250

4066 STAVANGER

Vår ref. BF07061800802001

## K R E D I T O P P G A V E

| | | | |
|---|---|---|---:|
| Opprinnelig/oppdragsbeløp | | USD | 97.508,93 |
| Andre bankers omkostninger | | USD | 12,00 |
| Beløp mottatt | | USD | 97.496,93 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 97.496,93 |
| Våre omkostninger | Akkum: | USD | 16,58 |
| Total beløp kreditert | | USD | 97.496,93 |

Vi har kreditert deres konto nr.                3185.05.33922
Valuteringsdato                           2007.06.19

Oppdragsgiver:

Eastwind Maritime S.a.
C/o Eastwind Investment
444 Madison Avenue, Suite 200
New York, Ny 1002

Oppdragsgivers bank:
NDEAUS3N
Merita Bank Ltd.
437 Madison Avenue
Floor 22
New York, Ny

Betalingen gjelder:
/rfb/wt0000295928
Ref:thorgull 45 Hire 6/18 /7 To 7
/3/07

GEBYR BELASTES ETTER AVTALE

    DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK

8001



C7B     MC

**SpareBank 1 SR-Bank**

Dato 06.08.2007
Sidenr. 1

00989025163

004024          3229
Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS
Postboks 115
4891 GRIMSTAD

Organisasjonsnr. NO 937895321

SpareBank 1 SR-Bank
Postboks 250

4066 STAVANGER

MOTTATT

1 5 AUG 2007

Vår ref. BF07080300003001

K R E D I T O P P G A V E



| | | | |
|---|---|---|---:|
| Opprinnelig/oppdragsbeløp | | USD | 64.191,98 |
| Andre bankers omkostninger | | USD | 0,00 |
| Beløp mottatt | | USD | 64.191,98 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 64.191,98 |
| Våre omkostninger | Akkum: | USD | 17,13 |
| Total beløp kreditert | | USD | 64.191,98 |

Vi har kreditert deres konto nr.                                    3185.05.33922
Valuteringsdato                                                          2007.08.06

Oppdragsgiver:                                    Oppdragsgivers bank:

Eastwind Maritime S.a.                           Swf/ndeaus3nxxx
C/o Eastwind Investment
444 Madison Avenue, Suite 200
New York, Ny 10022

Betalingen gjelder:
Ref:thorgull Hire E 13 8/2/7-8/17/7
Bny Cust Rrn - Wp0000053457

GEBYR BELASTES ETTER AVTALE

DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK

C7B    MC

**SpareBank 1 SR-Bank**

Dato 21.08.2007
Sidenr. 1

00989025163

Organisasjonsnr. NO 937895321

027029        3229

Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS
Postboks 115
4891 GRIMSTAD

SpareBank 1 SR-Bank
Postboks 250

4066 STAVANGER

Vår ref. BF07082000004003

K R E D I T O P P G A V E

| | | |
|---|---|---|
| Opprinnelig/oppdragsbeløp | USD | 78.273,67 |
| Andre bankers omkostninger | USD | 0,00 |
| Beløp mottatt | USD | 78.273,67 |
| Kurs | | 1,0000 |
| Motverdi | USD | 78.273,67 |
| Våre omkostninger   Akkum: | USD | 16,70 |
| Total beløp kreditert | USD | 78.273,67 |

Vi har kreditert deres konto nr.                                3185.05.33922
Valuteringsdato                                                    2007.08.21

Oppdragsgiver:                               Oppdragsgivers bank:

Eastwind Maritime S.a.                        Swf/ndeaus3nxxx
C/o Eastwind Investment
New York, Ny 10022

Betalingen gjelder:
Thorgull H14 8/17-9/1
Bny Cust Rrn - Wp0000056132

GEBYR BELASTES ETTER AVTALE

        DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK

53320

C5E    MC

**SpareBank 1 SR-Bank**

Dato 05.09.2007
Sidenr. 1                                   00989025163

003223        3229

Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS
Postboks 115
4891 GRIMSTAD

Organisasjonsnr. NO 937895321

SpareBank 1 SR-Bank
Postboks 250

4066 STAVANGER        MOTTATT

1 2 SEP 2007

Vår ref. BF07090300007001

K R E D I T O P P G A V E

| | | | |
|---|---|---|---|
| Opprinnelig/oppdragsbeløp | | USD | 40.153,92 |
| Andre bankers omkostninger | | USD | 12,00 |
| Beløp mottatt | | USD | 40.141,92 |
| Kurs | | | 1,0000 |
| Motverdi | | USD | 40.141,92 |
| Våre omkostninger | Akkum: | USD | 17,18 |
| Total beløp kreditert | | USD | 40.141,92 |

Vi har kreditert deres konto nr.                3185.05.33922
Valuteringsdato                                 2007.09.05

Oppdragsgiver:                      Oppdragsgivers bank:
                                    NDEAUS3N
Eastwind Maritime S.a.              Merita Bank Ltd.
C/o Eastwind Investment             437 Madison Avenue
New York, Ny 10022                  Floor 22
                                    New York, Ny

Betalingen gjelder:
/rfb/wp0000058778
Ref:hire 15 9/1-16/7

GEBYR BELASTES ETTER AVTALE

DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK

3531



SpareBank **1** SR-Bank

Dato 20.07.2007
Sidenr. 1

00989025163

Organisasjonsnr. NO 937895321

010836          3229
Tønnevold Reefer 7 KS
c/o O. T. Tønnevold AS
Postboks 115
4891 GRIMSTAD

SpareBank 1 SR-Bank
Postboks 250

4066 STAVANGER

Vår ref. BF07071900003001

# K R E D I T O P P G A V E

| | | | | |
|---|---|---|---|---:|
| Opprinnelig/oppdragsbeløp | | | USD | 75.567,75 |
| Andre bankers omkostninger | | | USD | 12,00 |
| Beløp mottatt | | | USD | 75.555,75 |
| Kurs | | | | 1,0000 |
| Motverdi | | | USD | 75.555,75 |
| Våre omkostninger | | Akkum: | USD | 17,40 |
| Total beløp kreditert | | | USD | 75.555,75 |

Vi har kreditert deres konto nr.                              3185.05.33922
Valuteringsdato                                              2007.07.20

Oppdragsgiver:                              Oppdragsgivers bank:
                                           NDEAUS3N
Eastwind Maritime S.a.                     Merita Bank Ltd.
C/o Eastwind Investment                    437 Madison Avenue
444 Madison Avenue, Suite 200              Floor 22
New York, Ny 10022                         New York, Ny

Betalingen gjelder:
/rfb/wp0000050402
Ref:thorgull 7/18/7 To 8/2/7 Hire
No 12

GEBYR BELASTES ETTER AVTALE

DENNE BEKREFTELSEN ER GYLDIG UTEN SIGNATUR

Vennlig hilsen
SPAREBANK 1 SR-BANK

11510